UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:08CR28 |
|---|---|
| v. | ) |
| [1] ROBERT SAMUEL CRAWLEY | ) ORDER TO DISMISS THE INDICTMENT |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **[1] ROBERT SAMUEL CRAWLEY** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: May 16, 2016

Richard L. Voorhees
United States District Judge